# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 7/27/2017 |
| Case: 1−16−41660−ess | Form ID: 205 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr          Robert J Musso          rmusso@nybankruptcy.net
aty        Kevin B Zazzera         kzazz007@yahoo.com
                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Vito F Sforza          10 Penton Street          Staten Island, NY 10309
smg       Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
                                                                                                    TOTAL: 2